IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01121-BNB

JACOB DANIEL OAKLEY, 123294,

    Plaintiff,

v.

[ARISTEDES] ZAVARAS, Executive Director,
SUSAN JONES, Warden, CSP,
BOYD, Nurse Practitioner, CSP,
ALLENBERG, P.A., Employee #, CSP,
TURNER, Employee Number, CSP,
SANTOS, C/O, Unite [sic] E-17, CSP,
DUTY C/O, Unite [sic] E-17, CSP,
DALTON, C/O, E-17, CSP,
JOHN DOE, Eye Doctor, CSP,
JOHN AND JANE DOE x 30, Medical Personnell [sic] at CTCF, SCCF, CSP, and
JOHN AND JANE DOE x 700, at CTCF, SCCF, CSP,
(List each named defendant on a separate line),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff, a *pro se* litigant, has requested, in Document Nos. 4, 5, 11, and 12, that the Court initiate service. An attempt to initiate service in the instant action, nonetheless, is premature and the requests are denied. Service of process shall not issue until further order of the Court. Also, Plaintiff's Motions to Grant Excusable Neglect, Document Nos. 6 and 10 are denied as unnecessary.

Dated: June 23, 2010